# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Silverstein, Laurie S. | U.S. Bankruptcy Court, Delaware | 09/27/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge -Full Time | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Unitedf States Bankruptcy Court
824 Market Street
Wilmington, Delaware 19801

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐    NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Planned Parenthood of Delaware |
| 2. | Director | The Milton & Hattie Kutz Home, Inc. |
| 3. | Director | Delaware Bar Foundation |
| 4. | Officer | Watersfield Homeowners Association |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐    NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/1/2014 | Amended and Restated Limited Liability Partnership Agreement of Potter Anderson & Corroon LLP, a Delaware limited liability partnership |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Potter Anderson & Corroon LLP, retirement benefit (gross) | $134,156.66 |
| 2. | 2015 | Potter Anderson & Corroon, LLP, compensation for January 1-6, gross | $5,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | The Pennsylvania State University, salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center | 3/1/2015 to 3/4/2015 | New York, New York | Phase I Judge School | Transportation, Lodging, Food |
| 2. | Turnaround Management Association | 6/10/2015 to 6/11/2015 | Atlantic City, New Jersey | Speaking on panel | Transportation, Lodging, Food |
| 3. | American Bankaruptcy Institute | 8/6/2015 to 8/8/2015 | Hershey, Pennsylvania | Conference/speaking on panel | Transportation, Lodging, Food |
| 4. | Third Circuit Court of Appeals | 10/21/2015 to 19/23/2015 | Bedford, Pennsylvania | Third Circuit Judicial Conference | Transportation, Lodging, Food |
| 5. | Federal Judicial Center | 11/15/2015 to 11/20/2015 | Washington, D.C. | Phase II Judge School | Transportation, Lodging, Food |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Smugglers Notch Resort | Condo Fee | J |
| 2. | Hartefeld Natrional Golf Club | dues/party | J |
| 3. | Gettysburg College | tuition | L |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silverstein, Laurie S. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 3PNC Bank account | A | Interest | N | T | | | | | |
| 2. Artisans' Bank account | B | Interest | N | T | | | | | |
| 3. WSFS Bank accounts | A | Interest | N | T | | | | | |
| 4. M&T Bank accounts | A | Interest | N | T | | | | | |
| 5. Bank of America account | A | Interest | N | T | | | | | |
| 6. TD Bank student account | | None | J | T | | | | | |
| 7. Smugglers Notch Resort | D | Rent | M | T | | | | | |
| 8. Pennsylvania 529 Guaranteed Savings Plan | D | | M | T | | | | | |
| 9. PAC Retirement Fund -- Vanguard Prime Money Market | | None | J | T | | | | | |
| 10. PAC Retirement Fund -- Vanguard Wellington Fund Admiral Shares | E | Dividend | O | T | | | | | |
| 11. PAC Retirement Fund -- Vanguard Windsor II Fund Investor Shares | E | Dividend | O | T | | | | | |
| 12. PAC Retirement Fund -- FAIRX | E | Dividend | L | T | | | | | |
| 13. PAC Retirement Fund -- LLPFX | A | Dividend | L | T | | | | | |
| 14. PAC Retirement Fund -- LLINX | A | Dividend | K | T | | | | | |
| 15. PAC Retirement Fund DEFIX | D | Dividend | L | T | | | | | |
| 16. PAC Retirement Fund -- TAVIX | A | Dividend | K | T | | | | | |
| 17. PAC Retirement Fund -- TAVFX | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silverstein, Laurie S. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PAC Retirement Fund -- WGRNX | B | Dividend | L | T | | | | | |
| 19. PBAXX | A | Dividend | J | T | | | | | |
| 20. FPACX | A | Dividend | J | T | Buy | 01/08/15 | J | | |
| 21. | | | | | Buy (add'l) | 03/24/15 | J | | |
| 22. | | | | | Buy (add'l) | 06/26/15 | K | | |
| 23. | | | | | Buy (add'l) | 07/02/15 | J | | |
| 24. | | | | | Buy (add'l) | 07/02/15 | J | | |
| 25. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 26. | | | | | Sold (part) | 08/31/15 | M | B | |
| 27. PRWCX | C | Dividend | J | T | Buy | 01/08/15 | J | | |
| 28. | | | | | Buy (add'l) | 03/24/15 | K | | |
| 29. | | | | | Buy (add'l) | 06/26/15 | K | | |
| 30. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 31. | | | | | Sold (part) | 08/31/15 | M | A | |
| 32. PAUPX | A | Dividend | | | Sold | 01/08/15 | J | | |
| 33. IVWIX | | None | | | Sold (part) | 01/08/15 | J | A | |
| 34. | | | | | Sold | 03/24/15 | L | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silverstein, Laurie S. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   WARDX | A | Dividend | J | T | Buy | 01/08/15 | J | | |
| 36. | | | | | Buy (add'l) | 03/24/15 | K | | |
| 37. | | | | | Buy (add'l) | 06/29/15 | K | | |
| 38. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 39. | | | | | Buy (add'l) | 12/29/15 | J | | |
| 40. | | | | | Sold (part) | 08/31/15 | M | | |
| 41.   TRMXX | A | Dividend | L | T | | | | | |
| 42.   IYLD | A | Dividend | | | Sold | 03/24/15 | L | A | |
| 43.   IVV | A | Dividend | | | Buy | 03/02/15 | K | | |
| 44. | | | | | Buy (add'l) | 05/18/15 | K | | |
| 45. | | | | | Sold (part) | 01/05/15 | K | | |
| 46. | | | | | Sold (part) | 06/01/15 | K | | |
| 47. | | | | | Sold | 06/16/15 | K | | |
| 48.   UWM | | None | | | Buy | 01/05/15 | J | | |
| 49. | | | | | Buy (add'l) | 03/02/15 | J | | |
| 50. | | | | | Buy (add'l) | 06/01/15 | J | | |
| 51. | | | | | Buy (add'l) | 06/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 02/02/15 | J | | |
| 53. | | | | | Sold (part) | 04/16/15 | J | A | |
| 54. | | | | | Sold (part) | 05/05/15 | J | A | |
| 55. | | | | | Sold | 06/26/15 | J | A | |
| 56. SHY | A | Dividend | | | Buy (add'l) | 04/16/15 | L | | |
| 57. | | | | | Buy (add'l) | 05/05/15 | K | | |
| 58. | | | | | Sold (part) | 05/18/15 | K | | |
| 59. | | | | | Sold (part) | 06/01/15 | K | | |
| 60. | | | | | Sold | 06/16/15 | K | | |
| 61. SSO | A | Dividend | | | Buy | 03/02/15 | J | | |
| 62. | | | | | Buy (add'l) | 05/18/15 | J | | |
| 63. | | | | | Sold (part) | 01/05/15 | J | | |
| 64. | | | | | Sold (part) | 06/01/15 | J | | |
| 65. | | | | | Sold | 06/16/15 | J | | |
| 66. UST | | None | | | Buy | 02/02/15 | J | | |
| 67. | | | | | Buy (add'l) | 04/16/15 | J | | |
| 68. | | | | | Buy (add'l) | 05/05/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Silverstein, Laurie S. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 02/18/15 | J | | |
| 70. | | | | | Sold (part) | 03/02/15 | J | | |
| 71. | | | | | Sold (part) | 05/18/15 | J | | |
| 72. | | | | | Sold (part) | 06/01/15 | J | | |
| 73. | | | | | Sold | 06/16/15 | J | | |
| 74. IEF | A | Dividend | | | Buy | 02/02/15 | K | | |
| 75. | | | | | Sold (part) | 02/18/15 | K | | |
| 76. | | | | | Sold | 03/02/15 | K | | |
| 77. IJH | A | Dividend | | | Buy | 02/18/15 | K | | |
| 78. | | | | | Buy (add'l) | 06/01/15 | K | | |
| 79. | | | | | Buy (add'l) | 06/16/15 | K | | |
| 80. | | | | | Sold (part) | 02/02/15 | K | | |
| 81. | | | | | Sold (part) | 04/16/15 | K | | |
| 82. | | | | | Sold | 06/26/15 | L | | |
| 83. UWM | | None | | | Buy | 01/05/15 | K | | |
| 84. | | | | | Buy (add'l) | 03/02/15 | K | | |
| 85. | | | | | Buy (add'l) | 06/01/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silverstein, Laurie S. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | Buy (add'l) | 06/16/15 | K | | |
| 87. | | | | | | Sold (part) | 02/02/15 | K | A | |
| 88. | | | | | | Sold (part) | 02/18/15 | J | | |
| 89. | | | | | | Sold (part) | 04/16/15 | K | | |
| 90. | | | | | | Sold (part) | 05/15/15 | K | | |
| 91. | | | | | | Sold | 06/26/15 | L | | |
| 92. | IEI | A | Dividend | | | Buy | 02/02/15 | K | | |
| 93. | | | | | | Sold | 03/02/15 | K | | |
| 94. | AEP | B | Dividend | K | T | | | | | |
| 95. | BMO | A | Dividend | | | Sold | 08/31/15 | K | | |
| 96. | BCE | A | Dividend | K | T | | | | | |
| 97. | BNS | A | Dividend | | | Buy | 01/23/15 | K | | |
| 98. | | | | | | Sold | 03/19/15 | K | | |
| 99. | BTE | | None | | | Sold | 04/15/15 | K | C | |
| 100. | CVX | A | Dividend | | | Buy | 01/23/15 | K | | |
| 101. | | | | | | Sold | 07/13/15 | K | | |
| 102. | EEP | A | Dividend | | | Buy | 03/20/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silverstein, Laurie S. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 11/05/15 | J | | |
| 104. EPD | B | Dividend | K | T | | | | | |
| 105. ETP | B | Dividend | | | Sold | 11/10/15 | K | | |
| 106. HCN | B | Dividend | K | T | Sold (part) | 09/30/15 | K | | |
| 107. HDV | A | Dividend | | | Sold | 01/23/15 | L | A | |
| 108. HSBC | B | Dividend | | | Sold | 04/16/15 | K | | |
| 109. IEO | A | Dividend | | | Sold | 01/23/15 | J | | |
| 110. LLY | A | Dividend | | | Sold | 08/31/15 | K | E | |
| 111. LO | A | Dividend | | | Sold | 06/18/15 | K | E | |
| 112. MCHP | B | Dividend | K | T | | | | | |
| 113. MO | B | Dividend | K | T | | | | | |
| 114. MRK | A | Dividend | K | T | | | | | |
| 115. NNN | A | Dividend | | | Sold | 07/13/15 | K | D | |
| 116. PAA | B | Dividend | | | Sold | 11/01/15 | K | | |
| 117. PCL | A | Dividend | | | Buy | 01/23/15 | K | | |
| 118. | | | | | Sold | 08/31/15 | K | | |
| 119. RDSB | A | Dividend | | | Buy | 01/23/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silverstein, Laurie S. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 08/31/15 | J | | |
| 121. SPG | A | Dividend | | | Buy | 03/19/15 | K | | |
| 122. | | | | | Sold | 08/31/15 | K | | |
| 123. VTR | A | Dividend | | | Sold | 03/19/15 | K | B | |
| 124. SGIIX | A | Dividend | J | T | Buy | 01/08/15 | J | | |
| 125. | | | | | Buy (add'l) | 03/24/15 | L | | |
| 126. | | | | | Buy (add'l) | 06/26/15 | K | | |
| 127. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 128. | | | | | Sold (part) | 08/31/15 | M | | |
| 129. MVV | | None | | | Buy | 02/18/15 | J | | |
| 130. | | | | | Buy (add'l) | 06/01/15 | J | | |
| 131. | | | | | Buy (add'l) | 06/16/15 | J | | |
| 132. | | | | | Sold (part) | 02/02/15 | J | | |
| 133. | | | | | Sold (part) | 04/16/15 | J | | |
| 134. | | | | | Sold | 06/26/15 | J | | |
| 135. BP | | None | | | Sold | 01/23/15 | K | A | |
| 136. ARTKX | C | Dividend | J | T | Buy | 07/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silverstein, Laurie S. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 07/20/15 | J | | |
| 138. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 139. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 140. | | | | | Buy (add'l) | 08/10/15 | J | | |
| 141. | | | | | Buy (add'l) | 08/17/15 | J | | |
| 142. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 143. | | | | | Buy (add'l) | 08/31/15 | K | | |
| 144. | | | | | Buy (add'l) | 09/08/15 | J | | |
| 145. | | | | | Buy (add'l) | 09/14/15 | J | | |
| 146. | | | | | Buy (add'l) | 09/21/15 | J | | |
| 147. | | | | | Buy (add'l) | 09/28/15 | J | | |
| 148. | | | | | Sold (part) | 12/18/15 | L | | |
| 149. MADVX | D | Dividend | J | T | Buy | 07/15/15 | J | | |
| 150. | | | | | Buy (add'l) | 08/31/15 | K | | |
| 151. | | | | | Sold (part) | 12/18/15 | K | | |
| 152. LADIX | | None | | | Buy | 7/13/15 | J | | |
| 153. | | | | | Sold | 08/31/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silverstein, Laurie S. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  FMIHX | D | Dividend | J | T | Buy | 07/13/15 | J | | |
| 155. | | | | | Buy (add'l) | 07/20/15 | J | | |
| 156. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 157. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 158. | | | | | Buy (add'l) | 08/10/15 | J | | |
| 159. | | | | | Buy (add'l) | 08/17/15 | J | | |
| 160. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 161. | | | | | Buy (add'l) | 08/31/15 | J | | |
| 162. | | | | | Buy (add'l) | 09/08/15 | J | | |
| 163. | | | | | Buy (add'l) | 09/14/15 | J | | |
| 164. | | | | | Buy (add'l) | 09/21/15 | J | | |
| 165. | | | | | Buy (add'l) | 09/28/15 | J | | |
| 166. | | | | | Sold (part) | 12/18/15 | K | | |
| 167. | | | | | Sold (part) | 12/28/15 | L | | |
| 168.  NSEIX | B | Dividend | K | T | Buy | 08/31/15 | K | | |
| 169.  IWB | B | Dividend | N | T | Buy | 10/07/15 | K | | |
| 170. | | | | | Buy (add'l) | 10/12/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silverstein, Laurie S. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 10/19/15 | K | | |
| 172. | | | | | Buy (add'l) | 10/26/15 | K | | |
| 173. | | | | | Buy (add'l) | 11/02/15 | K | | |
| 174. | | | | | Buy (add'l) | 11/09/15 | K | | |
| 175. | | | | | Buy (add'l) | 11/16/15 | K | | |
| 176. | | | | | Buy (add'l) | 11/23/15 | K | | |
| 177. | | | | | Buy (add'l) | 11/30/15 | K | | |
| 178. | | | | | Buy (add'l) | 12/21/15 | M | | |
| 179. | | | | | Buy (add'l) | 12/28/15 | L | | |
| 180. | | | | | Buy (add'l) | 01/05/15 | K | | |
| 181. | | | | | Buy (add'l) | 03/02/15 | K | | |
| 182. | | | | | Buy (add'l) | 06/01/15 | K | | |
| 183. | | | | | Buy (add'l) | 06/16/15 | K | | |
| 184. EPSYX | | None | J | T | Buy | 07/31/15 | J | | |
| 185. | | | | | Buy (add'l) | 08/31/15 | J | | |
| 186. | | | | | Sold (part) | 12/18/15 | J | | |
| 187. POSKX | | None | M | T | Buy | 07/13/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silverstein, Laurie S. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 07/20/15 | J | | |
| 189. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 190. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 191. | | | | | Buy (add'l) | 08/10/15 | J | | |
| 192. | | | | | Buy (add'l) | 08/17/15 | J | | |
| 193. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 194. | | | | | Buy (add'l) | 08/31/15 | J | | |
| 195. | | | | | Buy (add'l) | 09/08/15 | J | | |
| 196. | | | | | Buy (add'l) | 09/14/15 | J | | |
| 197. | | | | | Buy (add'l) | 09/21/15 | J | | |
| 198. | | | | | Buy (add'l) | 09/28/15 | J | | |
| 199. TIBIX | A | Dividend | J | T | Buy | 07/13/15 | J | | |
| 200. | | | | | Buy (add'l) | 08/31/15 | J | | |
| 201. | | | | | Sold (part) | 12/18/15 | K | | |
| 202. VEITX | C | Dividend | K | T | Buy | 07/13/15 | J | | |
| 203. | | | | | Buy (add'l) | 08/31/15 | K | | |
| 204. VFIAX | B | Dividend | M | T | Buy | 07/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 07/20/15 | J | | |
| 206. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 207. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 208. | | | | | Buy (add'l) | 08/10/15 | J | | |
| 209. | | | | | Buy (add'l) | 08/17/15 | J | | |
| 210. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 211. | | | | | Buy (add'l) | 08/31/15 | M | | |
| 212. | | | | | Buy (add'l) | 09/08/15 | J | | |
| 213. | | | | | Buy (add'l) | 09/14/15 | J | | |
| 214. | | | | | Buy (add'l) | 09/21/15 | J | | |
| 215. | | | | | Buy (add'l) | 09/28/15 | J | | |
| 216. | | | | | Sold (part) | 12/18/15 | K | | |
| 217. VTMGX | A | Dividend | L | T | Buy | 07/13/15 | J | | |
| 218. | | | | | Buy (add'l) | 07/20/15 | J | | |
| 219. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 220. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 221. | | | | | Buy (add'l) | 08/10/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 08/17/15 | J | | |
| 223. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 224. | | | | | Buy (add'l) | 08/31/15 | K | | |
| 225. | | | | | Buy (add'l) | 09/08/15 | J | | |
| 226. | | | | | Buy (add'l) | 09/14/15 | J | | |
| 227. | | | | | Buy (add'l) | 09/21/15 | J | | |
| 228. | | | | | Buy (add'l) | 09/28/15 | J | | |
| 229. | | | | | Sold (part) | 12/18/15 | J | | |
| 230. RAI | A | Dividend | K | T | Buy | 06/11/15 | J | | |
| 231. | | | | | Sold (part) | 06/15/15 | J | A | |
| 232. Apple Bank CK | A | Interest | | | Buy | 07/13/15 | M | | |
| 233. | | | | | Sold | 08/31/15 | M | A | |
| 234. Mizuno Bank | A | Interest | | | Buy | 07/13/15 | L | | |
| 235. | | | | | Sold | 10/22/15 | L | A | |
| 236. FDL | B | Dividend | M | T | Buy | 11/10/15 | K | | |
| 237. | | | | | Buy (add'l) | 12/18/15 | L | | |
| 238. IEO | | None | | | Sold | 01/23/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silverstein, Laurie S. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. PAUPX | | None | | | Sold | 01/08/15 | J | A | |
| 240. COP | | None | | | Sold | 01/23/15 | K | | |
| 241. LMT | | None | | | Sold | 04/16/15 | L | E | |
| 242. VTR | A | Dividend | | | Sold | 03/19/15 | K | B | |
| 243. | | | | | | | | | |
| 244. | | | | | | | | | |
| 245. | | | | | | | | | |
| 246. | | | | | | | | | |
| 247. | | | | | | | | | |
| 248. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silverstein, Laurie S. | 09/27/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII line 7, Smugglers Notch Resort -- fractional share purchased January, 2003 for $142,600.

Part VII line 8, Pennsylvania 529 Guarantteed Savings Plan appreciates each year based on Penn State's tuition increase. This account is not invested in stock.

Part II, line 2 is 401(k) Plan. Do not know if there is a date.

Part VII, lines 9-18, "PAC Retirement Fund" means Potter Anderson & Corroon LLP Retirement Plan (401k plan through Vanguard)

Part VII -- Line 66 of my initial amended report should have listed SGIIX and not SGHX. SGIIX is now on line 124.

| Name of Person Reporting | Date of Report |
|---|---|
| Silverstein, Laurie S. | 09/27/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Laurie S. Silverstein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544